UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 23 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| **BIANCA MCKINNON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Case Number: 1:24-cv-04158-SDG-JEM |
| V.  ) | |
| ) | Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P. |
| **EXPERIAN INFORMATION** ) | KEVIN P. WEIMER, Clerk |
| **SOLUTIONS, INC.** ) | By: s/Traci Clements Campbell |
| ) | Deputy Clerk |
| **Defendant** ) | Date: 10/23/2024 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby requesting that this action be dismissed with prejudice pursuant to an agreed settlement among the Parties.

WHEREFORE, the Plaintiff requests an Order of this Court granting the voluntary dismissal with prejudice of Plaintiff's claim against Defendant.

Respectfully submitted,

October 23,2024

By:/s/ Bianca McKinnon
Bianca McKinnon
110 Walter Way Unit 1473
Telephone: 662-607-3115
*Plaintiff Pro Se*